UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  **2:18-cv-07251-ODW (AFM)**                             Date:  **April 12, 2019**

Title  **D'Angelo Rogers v. CDCR Doctors and Psychologist, et al.**

---

Present: The Honorable:   ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):  Order to Show Cause**

On February 27, 2019, the Court dismissed plaintiff's First Amended Complaint with Leave to Amend ("Order") and informed plaintiff that if he desired to pursue the action he needed to file a Second Amended Complaint remedying the pleading deficiencies discussed in the Order by March 29, 2019. (ECF No. 9.) Plaintiff was admonished that if he failed to timely file a Second Amended Complaint, the Court would recommend that the action be dismissed without leave to amend and with prejudice on the grounds set forth in the Order and for failure to prosecute. The docket shows that, as late as the date of this Order, plaintiff has not filed a Second Amended Complaint.

Accordingly, IT IS ORDERED that no later than **May 1, 2019**, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute. The filing of a Second Amended Complaint by **May 1, 2019** shall discharge the Order to Show Cause.

Further, plaintiff is admonished that if he fails to timely file a Second Amended Complaint remedying the pleading deficiencies or otherwise fails to shows good cause for not doing so, the Court will recommend that this action be dismissed without leave to amend and with prejudice.

|  | : |
|---|---|
| **Initials of Preparer** | ib |